DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAYLON SAM YOUNGBLOOD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

Nos. 4D2025-1147 and 4D2025-1161

[October 23, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case Nos. 2020000359CFAXMX and 2020000364CFAXMX.

Jeff T. Gorman and H. Christopher Walsh, Stuart, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Paul Patti, III, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***